# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| FRANK HERRIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-3525-CV-S-FJG-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration ) | |
| ) | |
| Defendant. ) | |

# ORDER

Currently pending before this Court is defendant's Motion to Remand (Doc. # 9).

Agency counsel states that after review of the above referenced case, agency counsel requested the Appeals Council to reconsider the Commissioner's decision. Upon review, the Appeals Council determined that remand was appropriate. Agency counsel states that upon remand the ALJ will be directed to update the record by requesting additional evidence and clarification of opinions and medical source statements from treating and examining sources, including licensed psychologist Patricia McGregor, M.S. and neurologist Waqar Waheed, M.D. The ALJ will also reconsider the medical evidence from Ms. McGregor and Dr. Waheed, further evaluate plaintiff's mental impairments in accordance with 20 C.F.R. § 416.920a, providing sufficient rationale for the findings made in the decision. Finally, the ALJ will obtain evidence from a medical expert to clarify the nature and severity of plaintiff's impairments and to consider whether plaintiff's combination of impairments equals the listing for mental retardation at Pt. 404, Subpt. P, App. 1, § 12.05C.

Therefore, this Court hereby **ORDERS** that the Administrative Law Judge's decision is **REVERSED** and this case is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g).


Date: June 1, 2005                       **S/ FERNANDO J. GAITAN, JR.**
Kansas City, Missouri                Fernando J. Gaitan, Jr.
                                           United States District Judge