# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# SOUTHWESTERN DIVISION

| | |
|---|---|
| FRANK HERRIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 04-3525-CV-SW-FJG-SSA |
| ) | |
| JO ANNE B. BARNHART, ) | |
| Commissioner, Social Security ) | |
| Administration ) | |
| ) | |
| Defendant. ) | |

# ORDER

Currently pending before the Court is plaintiff's Application for Attorney Fees Pursuant to The Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. (Doc. # 13) and plaintiff's Amended Motion for Attorney Fees (Doc. # 15).

Plaintiff has requested reimbursement in the amount of $ 2,851.88 for attorney fees which represents 19.5 hours at the rate of $146.25 per hour. Defendant states that it has no objection to the amount of plaintiff's request. In his amended Motion, plaintiff's counsel asks that the check be made payable to his law office.

Accordingly, it is hereby **ORDERED** that plaintiff's application and amended application for attorney fees are **GRANTED** (Docs. # 13, 15) and counsel shall be awarded payment of $2,851.88 in attorney fees. The check shall be made payable to "The Law Offices of Daniel A. Parmele."

Date: September 12, 2005　　　　　　　　**S/ FERNANDO J. GAITAN JR.**
Kansas City, Missouri　　　　　　　　　　Fernando J. Gaitan Jr.
　　　　　　　　　　　　　　　　　　　　United States District Judge